# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2015

151342(69)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TIMOTHY PATRICK MARCH,
      Defendant-Appellant.
_____/

SC: 151342
COA: 317697
Wayne CC: 13-003955-FH

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time to file its supplemental brief on appeal is GRANTED. The supplemental brief submitted on November 20, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2015

